UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

Jahnico Harvey
                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-cr- ( )

20 MAg 11460

Defendant __Jahnico Harvey__ hereby voluntarily consents to participate in the following proceeding via ~~video~~tele conferencing:

- [✓] Initial Appearance/Appointment of Counsel

- [✓] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [X] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Felony Plea/Trial/Sentence

s/Jahnico Harvey /otw
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant) /otw

Jahnico Harvey
Print Defendant's Name

*Mehdi Essmidi*
Mehdi Essmidi (Oct 29, 2020 10:26 EDT)
Defense Counsel's Signature

Mehdi Essmidi
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available ~~and~~ provided to the press.

Oct. 29, 2020
Date

U.S. Magistrate Judge – ONA T. WANG